IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the February 2, 2008 - UFC #81 Program, | ) Civil Action No.2:09-CV-1666-DCN )  )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| BRUCE WOODY, individually, and as officer, director, shareholder and/or principal of UPSTAIRS AT THE ICEHOUSE, INC., d/b/a UPSTAIRS ICEHOUSE, INC., a/k/a UPSTAIRS AT THE ICE HOUSE, a/k/a CRYSTAL ICE HOUSE, a/k/a ICE HOUSE, and UPSTAIRS AT THE ICE HOUSE, INC., d/b/A UPSTAIRS AT THE ICEHOUSE, a/k/a CRYSTAL ICE HOUSE a/k/a ICE HOUSE, | )  )  )  )  )  )  )  )  ) |
| Defendants and Third Party Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | ) ) |
| KNOLOGY BROADBAND, INC., f/k/a KNOLOGY HOLDINGS, INC., d/b/a KNOLOGY, KNOLOGY OF SOUTH CAROLINA, INC., d/b/a KNOLOGY and KNOLOGY OF CHARLESTON, INC. d/b/a KNOLOGY, | )  )  )  )  ) |
| Third Party Defendants. | ) ) |

The parties hereto having settled the above-captioned matter, it is hereby stipulated and agreed, by and between the parties hereto through their undersigned attorneys, that this action be and the same is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure each party to bear its own costs.

SIGNATURES FOLLOW ON NEXT PAGE

{01614539.}

Joe Hand Promomotions v. Bruce Woody, et al. v Knology Broadband, Inc.
Civil Action No.2:09-CV-1666-DCN

SO STIPULATED:

FINGER & FRASER, P.A.

s/Terry A. Finger
Terry A. Finger, Esq. (Federal ID    )
35 Hospital Center Common, Suite 200
Hilton Head Island, SC 29926
*Attorney for the Plaintiff*


THE CUMMINGS LAW FIRM, LLC

s/Norbert E. Cummings, Jr.
Norbert E. Cummings, Jr. (Federal ID 381)
100 S. Main Street, Suite B
P.O. Box 1318
Summerville, SC 29484-1318
*Attorney for Defendant Bruce Woody,
individually, and as officer, director,
shareholder and/or principal of UPSTAIRS AT
THE ICE HOUSE, INC. d/b/a UPSTAIRS
ICEHOUSE, INC. a/k/a UPSTAIRS AT THE
ICE HOUSE a/k/a CRYSTAL ICE HOUSE
a/k/a ICE HOUSE.*

BUIST MOORE SMYTHE McGEE P.A.

s/C. Allen Gibson, Jr.
C. Allen Gibson, Jr. (Federal ID. 2088)
5 Exchange Street
Post Office Box 999
Charleston, SC 29402
*Attorney for KNOLOGY BROADBAND, INC.,
f/k/a KNOLOGY HOLDINGS, INC., d/b/a
KNOLOGY, KNOLOGY OF SOUTH
CAROLINA, INC., d/b/a KNOLOGY and
KNOLOGY OF CHARLESTON, INC. d/b/a
KNOLOGY*

2